# United States District Court

DISTRICT OF ___the Northern Mariana Islands___

UNITED STATES OF AMERICA,

    Plaintiff,

V.

**GUIHUA LUO KING (a.k.a. "Mimi")**

    Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: CR 08 - 00019-001

FILED
Clerk
District Court

JUN 1 9 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___GUIHUA LUO KING (a.k.a. "Mimi")___
                                                                                     Name

and bring her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging her with (brief description of offense)

**Conspiracy (Count 1)**
**Possession with intent to Distribute a Controlled Substance (Count 2)**

RECEIVED

JUN 18 2008

US MARSHALS SERVICE-CNMI

in violation of Title __21__ United States Code, Section(s) __846, 841(a)(1), & 841(b)(1)(A)__

and in violation of Title ____ United States Code, Section (s) ____

___HONORABLE ALEX R. MUNSON___
Name of Issuing Officer

*(signature)* Alex R. Munson
Signature of Issuing officer

Bail fixed at $ __NO BAIL__

___CHIEF JUDGE, DISTRICT COURT OF THE NMI___
Title of Issuing Officer

6-18-2008  SAIPAN, CNMI
Date and Location

by __Alex R. Munson__
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at __Susupe, Saipan CNMI__

CNMI Dept of Corrections

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-18-08 | W. Calvet | *(signed)* |
| DATE OF ARREST | CIDUSM #3086  USM D/NMI | |
| 6-18-08 | | |

MESSAGE CONFIRMATION                JUN-18-2008 17:02 WED

                                    FAX NUMBER  :  670 236 2956
                                    NAME        :  USMS D/NMI O5 SAIPAN

NAME/NUMBER   :  86649515
PAGE          :  5
START TIME    :  JUN-18-2008 17:02 WED
ELAPSED TIME  :  00'38"
MODE          :  STD ECM
RESULTS       :     [ O.K ]

CNMI DOC

---

ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  ERIC S. O'MALLEY
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
     MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   TEL: (670) 236-2980
6
   Attorneys for the United States of America
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN MARIANA ISLANDS
10
11 UNITED STATES OF AMERICA,        )   CRIMINAL CASE NO. 08-00019
                                    )
12             Plaintiff,           )
                                    )
13        vs.                       )   WRIT OF HABEAS CORPUS
                                    )   AD PROSEQUENDUM
14                                  )
15 GUIHUA LUO KING (a.k.a. "Mimi"), )
                                    )
16             Defendant.           )
                                    )
17

**RECEIVED**
JUN 18 2008
US MARSHALS SERVICE-CNMI

18 TO:   Department of Public Safety
19       Corrections Facility

20       This Court finds that GUIHUA LUO KING (a.k.a. "Mimi"), is now in the custody of the
21 Department of Public Safety Corrections Facility, and that said prisoner is required to appear before
22 this Court for arraignment and subsequent Prosecution in the above captioned case
23       IT IS HEREBY ORDERED that the CNMI Director of Department of Public Safety or his
24 authorized agent, or any Federal law enforcement agent shall produce GUIHUA LUO KING (a.k.a.
25 "Mimi"), before this Court on June 19, 2008, at 9:00 a.m., and whenever necessary hereafter to
26 attend court appearances in the above-entitled case and upon completion of said prosecution and/or
27 Court appearances and/or upon further order of the Court, return said prisoner to his place of
28