MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-08-00019                                                                              June 19, 2008
                                                                                                   9:50 a.m.

**UNITED STATES OF AMERICA -vs- KING, GUIHUA LUO**

PRESENT:    HON. ALEX R. MUNSON, JUDGE PRESIDING
                K. LYNN LEMIEUX, COURTROOM DEPUTY
                SANAE SHMULL, COURT REPORTER
                ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
                JOHN OSBORN, ATTORNEY FOR DEFENDANT
                KING, GUIHUA LUO, DEFENDANT

PROCEEDINGS:    INITIAL APPEARANCE / ARRAIGNMENT

     Defendant XIAO appeared with counsel, Attorney John Osborn. Government was represented by Eric O'Malley, Assistant U.S. Attorney.

     John Osborn stated that he was just appointed and was not ready to proceed. Court ordered the hearing be continued to tomorrow at 9:30 a.m.

     Defendant was remanded into the custody of the U.S. Marshal.

                                                  Adj. 9:55 a.m.

                                                  /s/K. Lynn Lemieux, Courtroom Deputy