# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CR-08-00019                                            June 20, 2008
                                                       9:50 a.m.


### UNITED STATES OF AMERICA -vs- KING, GUIHUA LUO


PRESENT:    HON. ALEX R. MUNSON,  JUDGE PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE SHMULL, COURT REPORTER
            ERIC O'MALLEY,  ASSISTANT U.S. ATTORNEY
            JOHN OSBORN, COURT APPOINTED ATTORNEY FOR DEFENDANT
            KING, GUIHUA LUO,  DEFENDANT

PROCEEDINGS:      INITIAL APPEARANCE / ARRAIGNMENT

Defendant **GUIHUA LUO KING aka "Mimi"** appeared with court-appointed counsel, Attorney John Osborn.  Government was represented by Eric O'Malley, Assistant U.S. Attorney.

Aby Leung was sworn as interpreter/translator of the Mandarin language.

Defense stated that they were ready to proceed with an arraignment hearing.

After review of the defendant's financial affidavit, Court determined that the defendant qualified for court-appointed counsel.  Court appointed Attorney John Osborn, Nunc pro tunc from the time he was first notified of this assignment.

Defendant was sworn and examined as to her ability to understand the proceedings before him.  The Court advised the defendant of the charges against her in the indictment and her constitutional rights.

The Court reviewed the indictment with the defendant.  The defendant pled **NOT GUILTY** to the charges against her.  Court accepted the plea and set the jury trial for  **MONDAY, August 25, 2008  at 9:00 a.m.**   Pretrial motions shall be filed by **Friday**, **July 4, 2008**.

The government asked the defendant remain in custody. Defense moved to reserve the right to come before the Court at a later time regarding bail. Court found the defendant to be a flight risk and ordered the defendant's bail remain at "No Bail" without prejudice.

Defense moved to have Aby Leung appointed as translator for defendant.  Court so ordered.

Defendant was remanded into the custody of the U.S. Marshal.

Adj. 10:00 a.m.

/s/K. Lynn Lemieux, Courtroom  Deputy