U.S. Department of Justice
United States Marshals Service



# DETAINER
## AGAINST UNSENTENCED PRISONER

FILED
Clerk
District Court

JUN 2 4 2008

UNITED STATES MARSHAL
DISTRICT OF __NMI__ (os For The Northern Mariana Islands
By_____
(Deputy Clerk)

*Please type or print neatly:*

TO: CNMI Dept of Corrections (Classification Section)

DATE: 6-18-08
SUBJECT: Kings, Guihua Luo
AKA: Luo, Guihua Mua
DOB/SSN: 01/03/75   00583-005
USMS #: 00583-005
CR #: 08-00019

Please accept this Detainer against the above-named subject who is an unsentenced prisoner currently in your custody. The United States District Court for the _____ District of __NMI__ has issued an arrest warrant(s) charging the subject with the commission of the following offense(s):

Distribution of A Controlled Substance (ICE)

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer because the subject is not currently serving a sentence of imprisonment at the time the Detainer is lodged. **IF THE SUBJECT IS SENTENCED WHILE THIS DETAINER IS IN EFFECT, PLEASE NOTIFY THIS OFFICE AT ONCE.**

Please acknowledge receipt of this Detainer. In addition, please provide one copy of the Detainer to the subject and return one copy of the Detainer to this office in the enclosed self-addressed envelope.

Very truly yours,

CDUSM Joaquin DLG. Salas
United States Marshal
D/Guam / D/NMI
by
CIDUSM #3056 W. M. Calvert

| RECEIPT |
|---|
| Date: 6-20-2008 |
| Signed: _____ |
| By: Chris W. Warwick |
| Title: Sergeant |

PRIOR EDITIONS ARE OBSOLETE AND NOT TO BE USED

Form USM-16