CARLSMITH BALL LLP

JOHN D. OSBORN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Guihua Luo King

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00019-001 |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS TO JULY 21, 2008 |
| GUIHUA LUO KING, | |
| Defendant. | |

Comes now Defendant Guihua Luo King and moves the Court pursuant to L.R. 7.1(h) for permission to extend the time for filing pretrial motions until July 21, 2008.

In Support of said Motion, it is shown:

1. The United States has not yet submitted any discovery to Defendant as of June 30, 2008.

2. Without such discovery, Defendant is unable to ensure she has filed all pretrial motions, including mandatory motions raising affirmative defenses or motions to suppress evidence obtained in violation of Defendant's constitutional rights.

3. Counsel for Defendant has contacted the assistant U.S. attorney to see if there was any objection to the extension of the time to file pretrial motions until July 21, 2008. He has no objection.

4852-9419-2898.1.031700-00026

WHEREFORE, Guihua Luo King moves the Court for an order granting permission to extend the time for filing pretrial motions until July 21, 2008.

CARLSMITH BALL LLP

DATED: Saipan, MP, July __1__, 2008.

JOHN D. OSBORN
Attorneys for Defendant
GUIHUA LUO KING