CARLSMITH BALL LLP

JOHN D. OSBORN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Guihua Luo King

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00019-001 |
|---|---|
| Plaintiff, | MOTION TO SHORTEN TIME TO HEAR MOTION TO EXTEND THE TIME FOR FILING MOTIONS. |
| vs. | |
| GUIHUA LUO KING, | Hearing Date: July 3, 2008 |
| Defendant. | Time: 9:00 a.m. |

    I represent Defendant Guihua Luo King and hereby move the Court for an order shortening time to hear her Motion to Extend the Time of Filing Pretrial Motions until July 21, 2008.

    In support of said motion, there is attached hereto the Certificate of John D. Osborn as required by Local Rules 7.1.h.3(b) stating why it is necessary to shorten time and stating efforts made to give notice.

    Wherefore Movant respectfully move the Court for an Order Shortening Time to hear her Motion to Extend the Time of Filing Pretrial Motions until July 21, 2008.

///

///

4842-3716-2754.1.031700-00026

1
2
3   DATED: Saipan, MP, July __/__, 2008.

CARLSMITH BALL LLP

_____
JOHN D. OSBORN
Attorneys for Defendant
GUIHUA LUO KING

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4842-3716-2754.1.031700-00026                -2.-