FILED
Clerk
District Court

JUL -1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08-00019-001 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER GRANTING |
| ) | DEFENDANT'S MOTION |
| GUIHUA LUO KING, ) | TO EXTEND TIME TO |
| ) | FILE PRE-TRIAL MOTIONS |
| Defendant ) | |
| _____ ) | |

BASED UPON the representations of counsel in his motion filed this date, and there being no objection from counsel for plaintiff; NOW, THEREFORE,

IT IS ORDERED that defendant's motion to extend the deadline for filing pre-trial motions until 3:30 p.m., Monday, July 21, 2008, be and hereby is granted.

DATED this 1st day of July, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)