ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorney
DISTRICT OF THE NORTHERN
MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
TEL: (670) 236-2980

Attorneys for the United States of America

FILED
Clerk
District Court

JUL - 9 2008

For The Northern Mariana Islands
By________
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GUIHUA LUO KING (a.k.a. "Mimi"),

Defendant.

CRIMINAL CASE NO. 08-00019

**WRIT OF HABEAS CORPUS**
**AD PROSEQUENDUM**

RECEIVED
JUN 18 2008
US MARSHALS SERVICE-CNMI

TO: Department of Public Safety
Corrections Facility

This Court finds that GUIHUA LUO KING (a.k.a. "Mimi"), is now in the custody of the Department of Public Safety Corrections Facility, and that said prisoner is required to appear before this Court for arraignment and subsequent Prosecution in the above captioned case

**IT IS HEREBY ORDERED** that the CNMI Director of Department of Public Safety or his authorized agent, or any Federal law enforcement agent shall produce GUIHUA LUO KING (a.k.a. "Mimi"), before this Court on June 19, 2008, at 9:00 a.m., and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion of said prosecution and/or Court appearances and/or upon further order of the Court, return said prisoner to his place of

confinement.

**SO ORDERED** this 18TH day of June, 2008.

ALEX R. MUNSON
Chief Judge
District Court of Northern Mariana Islands

SUBMITTED BY:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By:

ERIC S. O'MALLEY
Assistant U.S. Attorney

I HAVE SERVED THE WITHIN Writ (WRIT-ORDER) ON CNMI DOC BY LEAVING WITH (DATE & TIME) SGT Chris Warnick 6/18/08
(NAME & TITLE OF INDIVIDUAL SERVED)
J. DLG. Salas CDUSM
USM (acting)
CIDUSM #3064 W. Calvert
DUSM

MARSHALS RETURN
I HAVE PARTIALLY / EXECUTED THIS Writ BY TAKING CUSTODY OF THE WITHIN NAMED Defendant AT USDC NMI ON 6/19/08 AND DELIVERING HIM, HER TO THE CNMI DOC ~~FOR FURTHER TRANSFER TO~~ After Court hearing

MARSHALS RETURN
I HAVE PARTIALLY / EXECUTED THIS Writ BY TAKING CUSTODY OF THE WITHIN NAMED Defendant AT USDC NMI ON 6/19/08 AND DELIVERING HIM, HER TO THE CNMI DOC ~~FOR FURTHER TRANSFER TO~~ After Court hearing

MARSHALS RETURN
I HAVE PARTIALLY / EXECUTED THIS Writ BY TAKING CUSTODY OF THE WITHIN NAMED Prisoner AT CNMI DOC ON 7-9-08 AND DELIVERING HIM, HER TO THE CNMI DOC FOR ~~FURTHER TRANSFER TO~~ US Custody. Local charges dismissed Effective 7-1-08

KEVIN A. LYNCH, Chief Prosecutor
OFFICE OF THE ATTORNEY GENERAL, Criminal Division
Commonwealth Of The No. Mariana Islands
Susupe, Saipan, MP 96950
Telephone (670) 664-2367\2368\2365
Fax (670) 234-7016
Attorneys For Plaintiff

IN THE SUPERIOR COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, Plaintiff, | ) | **CRIMINAL CASE NO. 08-065T** |
| | ) | DPS Case No. 08-00119T |
| vs. | ) | **MOTION TO DISMISS** |
| **GUIHUA LUO KING,** d.o.b. 01/03/75 | ) | |
| **OSCAR KING,** d.o.b. 06/03/46 Defendants. | ) | |

COMES NOW, the Commonwealth of the Northern Mariana Islands ("the Commonwealth"), by and through Kevin A. Lynch, Chief Prosecutor for the Office of the Attorney General, and hereby moves to dismiss the above referenced criminal case without prejudice pursuant to Commonwealth Rule of Criminal Procedure 48 (a). This criminal case was transferred to the U. S. Attorneys Office and defendants are now in their custody.

Dated this 30th day of June 2008.

OFFICE OF THE ATTORNEY GENERAL
MATTHEW T. GREGORY, Attorney General

By: [signature]
KEVIN A. LYNCH
Chief Prosecutor
Attorneys for Plaintiff
Bar No. F-0230

RECEIVED
JUL 09 2008
US MARSHALS SERVICE-CNMI

| Post-it® Fax Note 7671 | Date 7/8/08 # of pages |
|---|---|
| To Mark Hanson | From |
| Co./Dept. | Co. Superior Court |
| Phone # 233-8600 | Phone # |
| Fax # 233-5262 | Fax # |

IN THE SUPERIOR COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, Plaintiff,

vs.

**GUIHUA LUO KING,**
d.o.b. 01/03/75
**OSCAR KING,**
d.o.b. 06/03/46 Defendants.

**CRIMINAL CASE NO. 08-065 T**
DPS CASE NO. 08-00119T

**ORDER**

The Commonwealth of the Northern Mariana Islands, having filed a motion to dismiss the above referenced criminal case, good cause appearing, it is hereby **ORDERED** that this case be **DISMISSED** without prejudice. Status Conference scheduled for July 02, 2008 at 9:00 a.m. is hereby VACATED. Cash bail posted is hereby EXONERATED and shall be released to the posting party. Travel documents surrendered to the court shall be released to the U.S. Marshalls.

Dated 7/1/08,

HONORABLE DAVID A. WISEMAN
Associate Judge, CNMI Superior Court