CARLSMITH BALL LLP

JOHN D. OSBORN
VINCENT J. SEMAN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Guihua Luo King

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00019-001 |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS TO AUGUST 5, 2008 |
| GUIHUA LUO KING, | |
| Defendant. | |

Comes now Defendant Guihua Luo King and moves the Court pursuant to L.R. 7.1(h) for permission to extend the time for filing pretrial motions until August 5, 2008.

In Support of said Motion, it is shown:

1. The United States has not yet submitted all discovery to Defendant as of July 18, 2008.

2. Without such discovery, Defendant is unable to ensure she has filed all pretrial motions, including mandatory motions raising affirmative defenses or motions to suppress evidence obtained in violation of Defendant's constitutional rights.

3. Counsel for Defendant has contacted the assistant U.S. attorney to see if there was any objection to the extension of the time to file pretrial motions until August 5, 2008. He has no objection.

4816-6199-4242.1.031700-00026

-2.-

1  WHEREFORE, Guihua Luo King moves the Court for an order granting permission to
2  extend the time for filing pretrial motions until August 5, 2008.

DATED: Saipan, MP, July 18th 2008.

CARLSMITH BALL LLP

_____
VINCENT J. SEMAN
Attorneys for Defendant
GUIHUA LUO KING

4816-6199-4242.1.031700-00026                    -2.-