F I L E D
Clerk
District Court

JUL 21 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUIHUA LUO KING,<br><br>Defendant.<br>_____/ | Case No. CR 08-0019<br><br>ORDER GRANTING MOTION<br>TO EXTEND TIME |

NOW BEFORE the court is Defendant Guihua Luo King's motion to extend time for filing pretrial motions pursuant to L.R. 7.1(h). The motion states that the United States does not object to the extension. Accordingly, the motion is hereby GRANTED and the time for filing pretrial motions is extended to August 5, 2008. All other dates in this matter shall remain unchanged.

**IT IS SO ORDERED.**

Dated:   July 21, 2008

_____
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)