# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00019-001                                                                    July 22, 2008
                                                                                   10:05 a.m.

**UNITED STATES OF AMERICA  -vs- GUIHUA LUO KING**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           GUIHUA KING, DEFENDANT
           VINCE SEAMAN, COURT-APPOINTED ATTORNEY FOR DEFENDANT

PROCEEDINGS:   DEFENDANT'S MOTION FOR BAIL

Defendant appeared with counsel Mark Hanson. Government was represented by Eric O'Malley, Assistant United States Attorney. U.S. Probation Officer, Margarita Wonenberg was present.

Betty Bai, was present as interpreter/translator of the Mandarin language.

After a bench conference, Defense withdrew their motion for bail modification.

Defendant was remanded into the custody of the U.S. Marshal until further order of the Court.

Adjourned at 10:10 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy