1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
   VINCENT J. SEMAN
3  Carlsmith Building, Capitol Hill
   P.O. Box 5241
4  Saipan, MP  96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Defendant
6  Guihua Luo King

## UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00019-001 |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF MOTION; MOTION FOR MODIFICATION OF BAIL |
| GUIHUA LUO KING, | |
| Defendant. | |

PLEASE TAKE NOTICE that on Friday, July 25, 2008 at 10:00 a.m., the Defendant Guihua Luo King, through her undersigned counsel, shall bring her motion for modification of bail before the Honorable David A. Wiseman at the United States District Court for the Northern Mariana Islands, Saipan.

CARLSMITH BALL LLP

DATED: Saipan, MP, July 23, 2008.     */s/ Vincent J. Seman*
                                       VINCENT J. SEMAN
                                       Attorneys for Defendant
                                       GUIHUA LUO KING

4850-9378-7394.1.031700-00026

CARLSMITH BALL LLP

JOHN D. OSBORN
VINCENT J. SEMAN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Guihua Luo King

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00019-001 |
|---|---|
| Plaintiff, | |
| vs. | MOTION FOR MODIFICATION OF BAIL |
| GUIHUA LUO KING, | |
| Defendant. | |

MOTION FOR MODIFICATION OF BAIL

COMES NOW defendant Guihua Luo King ("Defendant"), through her undersigned counsel, and moves this Court to allow her release pending trial to a third party custodian, namely Chris King.

Defendant's nephew-in-law has agreed to serve as the third-party custodian for Defendant. Mr. King will attend the bail modification hearing in Saipan personally to testify to the information set forth herein. Mr. King works at the Department of Public Safety - Tinian from the hours of 7:30 a.m. to 4:30 p.m. Monday through Friday. Mr. King resides on Tinian. If the Defendant is released to his custody, she and Defendant will reside at his residence. Mr. King understands that Defendant would be released to him conditionally and that if Defendant

violated any of the conditions imposed on her she would be duty bound to report such violations to the proper authorities.

### Conclusion

Defendant respectfully requests the Court to release her on a unsecured bond in amount of $10,000.00 and to the custody of her nephew-in-law, once the Court is satisfied that Mr. King is willing and able to serve as her custodian, subject to all the conditions as set forth by the Court.

CARLSMITH BALL LLP

DATED: Saipan, MP, July 23, 2008.

*/s/ Vincent J. Seman*
VINCENT J. SEMAN
Attorneys for Defendant
Guihua Luo Kingf