CARLSMITH BALL LLP

JOHN D. OSBORN
VINCENT J. SEMAN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP  96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Guihua Luo King

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUIHUA LUO KING,<br><br>Defendant. | CRIMINAL CASE NO. 08-00019-001<br><br><br>MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL; DECLARATION OF JOHN D. OSBORN |

I, John D. Osborn, hereby move to withdraw as court appointed counsel and Vincent J. Seman hereby accepts to substitute as court appointed counsel for Defendant Guihua Luo King for reasons of set forth in the accompanying declaration.

CARLSMITH BALL LLP

DATED: Saipan, MP, August 6, 2008.

/s/ John D. Osborn
JOHN D. OSBORN
Attorneys for Defendant
Guihua Luo King

4826-8652-4418.1.031700-00026

| | | |
|---|---|---|
| 1 | Agreed to: | CARLSMITH BALL LLP |
| 2 | | |
| 3 | DATED: Saipan, MP, August 6, 2008. | */s/ Vincent J. Seman* <br> VINCENT J. SEMAN |
| 4 | | Attorneys for Defendant <br> Guihua Luo King |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF JOHN D. OSBORN

I, John D. Osborn, declare:

1. I am an attorney with the firm of Carlsmith Ball LLP.

2. I was appointed by the Court as Defendant's counsel on June 19, 2008.

3. I was off-island from July 11, 2008 to August 5, 2008.

4. In my absence, Vincent J. Seman, also an attorney with the firm of Carlsmith Ball LLP, has been actively managing this case on my behalf.

5. Mr. Seman has invested considerable time and energy preparing for this case and has dealt directly with Defendant thus establishing an on-going attorney-client relationship with Defendant.

6. Given that Defendant's trial is set for August 25, 2008, Defendant will be better served if Mr. Seman continues acting as Defendant's official court-appointed counsel.

7. Mr. Seman does not object to my withdrawal and agrees to substitute as Defendant's official court-appointed counsel.

8. Other counsel on record have been advised of this Motion and do not object to such withdrawal and substitution.

I declare under penalty of perjury this 6th day of August, 2008 in Saipan, Commonwealth of the Northern Mariana Islands that the foregoing declaration is true and correct.

_____
JOHN D. OSBORN

4826-8652-4418.1.031700-00026              -3.-