F I L E D
Clerk
District Court

AUG - 7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08-00019-001 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | MOTION TO WITHDRAW |
| GUIHUA LUO KING, | ) | AND APPOINTING SUBSTITUTE |
| | ) | COUNSEL |
| Defendant | ) | |
| | ) | |

FOR THE REASONS stated in Mr. Osborn's declaration, and good cause appearing therefrom,

IT IS ORDERED that John D. Osborn's motion to withdraw as counsel is granted and that Vincent J. Seman is appointed in his place, effective immediately.

DATED this 7th day of August, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)