FILED
Clerk
District Court

AUG 12 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-00019 |
| Plaintiff, ) | |
| v. ) | **FIRST SUPERSEDING INDICTMENT** |
| GUIHUA LUO KING ) (a.k.a. "Mimi"); and ) OSCAR KING, ) | Title 21 U.S.C., §§ 846 & 841(a)(1)-Conspiracy (Ct. 1); Title 21 U.S.C., §§ 841(a)(1) and 841(b)(1)(C), Possession with Intent to Distribute a Controlled Substance (Ct. 2). |
| Defendants. ) | |

THE GRAND JURY CHARGES:

### COUNT ONE

### CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

On or about April 12, 2008, on the island of Tinian, in the District of the Commonwealth of the Northern Mariana Islands, Guihua Luo KING (a.k.a. "Mimi") and Oscar KING, the defendants, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with persons known and unknown, to distribute methamphetamine hydrochloride, in a form commonly known as "ice", a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

**COUNT TWO**

**POSSESSION WITH INTENT TO DISTRIBUTE**
**METHAMPHETAMINE HYDROCHLORIDE**

On or about April 12, 2008, in the District of the Northern Mariana Islands, Guihua Luo KING (a.k.a. "Mimi"), and Oscar KING, the defendants, unlawfully, willfully and knowingly, distributed and possessed with the intent to distribute a Schedule II controlled substance, to wit, approximately 1.5 net grams of methamphetamine hydrochloride, in a form commonly known as "ice", in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

Dated this 12 day of August 2008.

A TRUE BILL.

_[signature]_
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _[signature]_
ERIC S. O'MALLEY
Assistant United States Attorney

2