F I L E D
 Clerk
District Court

AUG 12 2008

For The Northern Mariana Islands
By_____
            (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08-00019 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER SETTING |
| | ) | PRETRIAL CONFERENCE |
| GUIHUA LUO KING (also known as "Mimi") and OSCAR KING, | ) ) | |
| | ) | |
| Defendants | ) | |

IT IS ORDERED that a pretrial conference in this matter is set for **Thursday, August 21, 2008, at 9:00 a.m.**

Should this matter be resolved prior to that time, the conference will come off-calendar without further order of the court.

DATED this 12th day of August, 2008.

_____
ALEX R. MUNSON
Judge