# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00019-001　　　　　　　　　　　　　　　　　　　　　　August 21, 2008
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　10:25 a.m.

**UNITED STATES OF AMERICA  -v- KING,  QUIHUA LUO aka "Mimi"**

PRESENT:　　HON. ALEX R. MUNSON, JUDGE PRESIDING
　　　　　　K. LYNN LEMIEUX, COURT ROOM DEPUTY
　　　　　　SANAE N. SHMULL, COURT REPORTER
　　　　　　ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
　　　　　　VINCENT SEMAN, ATTORNEY FOR DEFENDANT
　　　　　　GUIHUA LUO KING, DEFENDANT

PROCEEDINGS:　　**CHANGE OF PLEA**

　　　　Defendant appeared with counsel, Attorney Vincent Seman.  Government was represented by Eric O'Malley,  AUSA.

　　　　Interpreter Betty Bai was sworn as interpreter/translator of the Mandarin language.

　　　　Defendant was sworn and examined as to her understanding of her constitutional rights, her right to trial and her understanding of the Plea Agreement.

　　　　Court reviewed every element of the Plea Agreement with the Defendant.  Government reported to the Court what they would be able to prove if this matter proceeded to trial.  Defendant entered a plea of **GUILTY .**  Court found that the defendant was fully competent to enter knowing and voluntary plea.  Court accepted the plea and the Plea Agreement.

　　　　Court ordered  a Presentence Investigation Report be submitted  by  October 21, 2008 and that the **Sentencing  hearing be set for Tuesday,  November 25, 2008 at 9:30 a.m.**

　　　　Court ordered the defendant back into the custody of the U.S. Marshal.

　　　　　　　　　　　　　　　　　　　　　　Adjourned at 11:10 a.m.


　　　　　　　　　　　　　　　　　　　　　　/s/K. Lynn Lemieux, Courtroom Deputy